## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

**MELISSA MCGURREN,**  )
)
*Plaintiff,*  )
)
v.  )   Civil No. 1:21-cv-6287
)
**HUBBARD RADIO CHICAGO, LLC,**  )
)
*Defendant.*  )
)

### INDEX OF EXHIBITS TO
### DEFENDANT'S NOTICE OF REMOVAL

| Exhibit No. | Description |
|---|---|
| A | Complaint (filed October 14, 2021) |
| B | Service of Process and Summons (served October 26, 2021) |
| C | Notice of Filing Notice of Removal to Clerk of the Circuit Court of Cook County |