# Exhibit B



# Notice of Service of Process

null / ALL
Transmittal Number: 23982783
Date Processed: 10/27/2021

| | |
|---|---|
| Primary Contact: | Ryan M. Vandewiele Esq.<br>Hubbard Broadcasting<br>3415 University Ave W<br>Saint Paul, MN 55114-1019 |
| Electronic copy provided to: | Kris Shuldes |
| Entity: | Hubbard Radio Chicago, LLC<br>Entity ID Number  3948026 |
| Entity Served: | Hubbard Radio Chicago, LLC |
| Title of Action: | Melissa McGurren vs. Hubbard Radio Chicago, LLC |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Others |
| Court/Agency: | Cook County Circuit Court, IL |
| Case/Reference No: | 2021 L 010121 |
| Jurisdiction Served: | Illinois |
| Date Served on CSC: | 10/26/2021 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Carmen D. Caruso<br>312-626-1160 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | SUMMONS | For Court Use Only |
|---|---|---|
| Cook COUNTY | | FILED 10/22/2021 1:42 PM IRIS Y. MARTINEZ CIRCUIT CLERK COOK COUNTY, IL 2021L010121 |

**Instructions ▼**

Enter above the county name where the case was filed.

MELISSA MCGURREN
**Plaintiff / Petitioner** (First, middle, last name)

Enter your name as Plaintiff/Petitioner.

v.

Enter the names of all people you are suing as Defendants/Respondents.

HUBBARD RADIO CHICAGO, LLC
**Defendant / Respondent** (First, middle, last name)

2021 L 010121
**Case Number**

Enter the Case Number given by the Circuit Clerk.

☐ **Alias Summons** (Check this box if this is not the 1st Summons issued for this Defendant.)

**IMPORTANT INFORMATION:**

There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.

Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org.

**Plaintiff/Petitioner:**

Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons,* or *Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.

If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent.

In 1a, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here.

1. **Defendant/Respondent's address and service information:**
   a. Defendant/Respondent's primary address/information for service:
      Name (First, Middle, Last): HUBBARD RADIO CHICAGO, LLC
      Registered Agent's name, if any: Illinois Corporation Service C
      Street Address, Unit #: 801 Adlai Stevenson Drive
      City, State, ZIP: Springfield, Illinois 62703
      Telephone: (866) 403-5272    Email: _____

In 1b, enter a second address for Defendant/Respondent, if you have one.

   b. If you have more than one address where Defendant/Respondent might be found, list that here:
      Name (First, Middle, Last): _____
      Street Address, Unit #: _____
      City, State, ZIP: _____
      Telephone: _____    Email: _____

In 1c, check how you are sending your documents to Defendant/Respondent.

   c. Method of service on Defendant/Respondent:
      ☐ Sheriff    ☐ Sheriff outside Illinois: _____
                                                County & State
      ☑ Special process server    ☑ Licensed private detective

SU-S 1503.2    Page 1 of 4    (06/21)

Enter the Case Number given by the Circuit Clerk: 2021 L 010121

| | |
|---|---|
| In 2, enter the amount of money owed to you. | **2. Information about the lawsuit:** Amount claimed: $ 10,000,000 |
| In 3, enter your complete address, telephone number, and email address, if you have one. | **3. Contact information for the Plaintiff/Petitioner:** Name (First, Middle, Last): Carmen D. Caruso, Attorney for MELISSA MCGURREN  Street Address, Unit #: 77 West Washington St., Ste. 1900  City, State, ZIP: Chicago, IL 60602  Telephone: (312) 720-4539    Email: cdc@cdcaruso.com; wbw@cdcaruso.co |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| | |
|---|---|
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |

| | |
|---|---|
| Check 4a or 4b. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box 4a. Otherwise, if the clerk gives you a court date, check box 4b. | **4. Instructions for person receiving this *Summons* (Defendant):** ☑ a. To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:  Address: Circuit Court of Cook County, 50 West Washington St., Ste. 801  City, State, ZIP: Chicago, IL 60602 |
| In 4a, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/Response*. | ☐ b. Attend court:  On: _____ at _____ ☐ a.m. ☐ p.m. in _____  Date      Time              Courtroom  **In-person at:** |
| In 4b, fill out:<br>• The court date and time the clerk gave you.<br>• The courtroom and address of the court building.<br>• The call-in or video information for remote appearances (if applicable).<br>• The clerk's phone number and website. All of this information is available from the Circuit Clerk. | _____  Courthouse Address    City         State    ZIP  OR  Remotely (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):  By telephone: _____  Call-in number for telephone remote appearance  By video conference: _____  Video conference website  _____  Video conference log-in information (meeting ID, password, etc.)  Call the Circuit Clerk at: _____ or visit their website  Circuit Clerk's phone number  at: _____ to find out more about how to do this.  Website  10/22/2021 1:42 PM IRIS Y. MARTINEZ |
| **STOP!** The Circuit Clerk will fill in this section. | Witness this Date: _____  Clerk of the Court: _____   *Seal of Court* |
| **STOP!** The officer or process server will fill in the Date of Service. | This *Summons* must be served within 30 days of the witness date.  Date of Service: _____  (Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.) |

FILED DATE: 10/22/2021 1:42 PM   2021L010121

FILED DATE: 10/22/2021 1:42 PM   2021L010121

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT<br>Cook COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|

**Instructions**

Enter above the county name where the case was filed.

Enter your name as Plaintiff/Petitioner.

Enter the names of all people you are suing as Defendants/Respondents.

Enter the Case Number given by the Circuit Clerk.

MELISSA MCGURREN
**Plaintiff / Petitioner** *(First, middle, last name)*

v.

HUBBARD RADIO CHICAGO, LLC
**Defendant / Respondent** *(First, middle, last name)*

☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)*

2021 L 010121
**Case Number**

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

My name is _____ and I state
    *First, Middle, Last*

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent
_____ as follows:
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
   Male ☐   Female ☐   Non-Binary ☐   Approx. Age: _____   Race: _____
   On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address, Unit#: _____
   City, State, ZIP: _____

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
   On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address, Unit#: _____
   City, State, ZIP: _____
   And left it with: _____
                      *First, Middle, Last*
   Male ☐   Female ☐   Non-Binary ☐   Approx. Age: _____   Race: _____
   and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on _____, 20 ____ .

☐ On the Corporation's agent, _____
                                *First, Middle, Last*
   Male ☐   Female ☐   Non-Binary ☐   Approx. Age: _____   Race: _____
   On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____

SU-S 1503.2                     Page 3 of 4                     (06/21)

FILED DATE: 10/22/2021 1:42 PM   2021L010121

Enter the Case Number given by the Circuit Clerk: 2021 L 010121

☐ I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

| DO NOT complete this section. The sheriff or private process server will complete it. | If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury. |
|---|---|

**By:** _____

Signature by: ☐ Sheriff
☐ Sheriff outside Illinois: _____
 County and State
☐ Special process server
☐ Licensed private detective

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**FEES**
Service and Return: $ _____
Miles _____ $ _____
Total $ 0.00

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____