# Exhibit C

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| **MELISSA MCGURREN,** | ) |
| *Plaintiff,* | ) Hon. Judge Kathy M. Flanagan |
| | ) |
| v. | ) Case No. 2021-L-010121 |
| | ) |
| **HUBBARD RADIO CHICAGO, LLC,** | ) |
| *Defendant.* | ) |

## NOTICE OF FILING OF REMOVAL TO FEDERAL COURT

TO:  Iris Y. Martinez                        Carmen D. Caruso
     Circuit Clerk                           William B. Whitner
     Circuit Court of Cook County            CARMEN D. CARUSO LAW FIRM
     50 W Washington St.                     77 West Washington St., Ste. 1900
     Chicago, IL 60602                       Chicago, IL 60602
                                             cdc@cdcaruso.com
                                             wbw@cdcaruso.com

PLEASE TAKE NOTICE THAT on November 23, 2021, Defendant Hubbard Radio Chicago, LLC filed a Notice of Removal of this action in the United States District Court for the Northern District of Illinois, Eastern Division. A copy of the Notice of Removal so filed, without exhibits, is attached hereto as Exhibit A. The Notice of Removal and all exhibits will be served on all counsel of record. Furthermore, pursuant to 28 U.S.C. § 1446(d), this matter shall proceed no further unless and until the case is remanded to this Court by the United States District Court for the Northern District of Illinois, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

Dated: November 23, 2021                    Respectfully submitted,

                                            HUBBARD RADIO CHICAGO, LLC

                                    By:     /s/ Michael P. Roche
                                            One of Its Attorneys

Michael P. Roche
Kara E. Cooper
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
T: (312) 558-5600
F: (312) 558-5700
mroche@winston.com
kecooper@winston.com

Steven P. Mandell
MANDELL MENKES LLC
One North Franklin Street, Suite 3600
Chicago, Illinois 60606
T: (312) 251-1000
F: (312) 251-1010
smandell@mandellmenkes.com

*Attorneys for Defendant Hubbard Radio Chicago, LLC*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2021, I caused a true and correct copy of the foregoing to be served on the following counsel of record for Plaintiff via email and FedEx:

Carmen D. Caruso
William B. Whitner
CARMEN D. CARUSO LAW FIRM
77 West Washington St., Ste. 1900
Chicago, IL 60602
T: (312) 626-1160
F: (312) 276-8646
cdc@cdcaruso.com
wbw@cdcaruso.com

/s/ Kara E. Cooper
Kara E. Cooper