IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MELISSA MCGURREN, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | No. 21-cv-06287 |
| | ) | |
| HUBBARD RADIO CHICAGO, LLC, | ) | Honorable Judge Ronald A. Guzman |
| | ) | |
| *Defendant*. | ) | |

**JOINT MOTION TO STAY DISCOVERY
PENDING RESOLUTION OF DEFENDANT'S MOTION TO DISMISS**

Plaintiff Melissa McGurren ("Plaintiff") and Defendant Hubbard Radio Chicago, LLC ("Defendant") hereby jointly move this Court to stay commencement of the discovery process until after the Court rules on Defendant's pending motion to dismiss. In support of their motion, the parties state:

1. On December 21, 2021, the Court issued an order, in lieu of holding a status hearing, directing the parties to discuss the nature and bases of their claims and defenses and the possibilities for a prompt settlement or resolution of the case. The Court further ordered the parties to discuss deadlines for Rule 26(a)(1) disclosures and propose a discovery plan no later than January 17, 2022. (Dkt. # 12.)

2. On December 23, 2021, Defendant filed a motion to dismiss Plaintiff's complaint for defamation *per se* pursuant to Federal Rule of Civil Procedure 12(b)(6). (Dkt. # 13.)

3. On January 11, 2022, counsel for Plaintiff and Defendant conferred in accordance with the Court's December 21, 2021, Order. Regarding settlement, Plaintiff agreed to make a settlement demand within seven days that is specific to this case, as opposed to a global demand

that would end the larger controversy between the parties. Regarding the Rule 26(a)(1) disclosures and the proposal of a discovery plan, although the parties disagree on the merits of Defendant's motion to dismiss, they jointly ask the Court to stay the commencement of discovery (including the foregoing obligations) until after the Court rules on the Defendant's pending motion to dismiss, for the purposes of judicial economy and to avoid the expense and burden of undertaking discovery while the motion is pending.

WHEREFORE, Plaintiff Melissa McGurren and Defendant Hubbard Radio Chicago, LLC respectfully and jointly request that this Court stay commencement of the discovery process and the parties' obligation to submit a joint status report until after the Court rules on the Defendant's pending motion to dismiss.

Dated: January 13, 2022

Respectfully submitted,

MELISSA MCGURREN

By: /s/ Carmen Caruso
    One of her attorneys

HUBBARD RADIO CHICAGO, LLC

By: /s/ Steven P. Mandell
    One of its attorneys

CARMEN D. CARUSO LAW FIRM
77 West Washington Street
Suite 1900
Chicago, IL 60602
(312) 626-1160
(312) 276-8646 (facsimile)
cdc@cdcaruso.com

*Counsel for Plaintiff Melissa McGurren*

Steven P. Mandell
Brian D. Saucier
Lyndsey M. Wajert
MANDELL MENKES LLC
1 North Franklin Street, Suite 3600
Chicago, IL 60606
(312) 251-1000
smandell@mandellmenkes.com
bsaucier@mandellmenkes.com
lwajert@mandellmenkes.com

Michael P. Roche
Kara E. Cooper
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
mroche@winston.com
kecooper@winston.com

*Counsel for Defendant Hubbard Radio Chicago, LLC*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a copy of the foregoing document has been served on January 13, 2022, via the Court's CM/ECF system on all counsel of record who have consented to electronic service.

/s/ *Steven P. Mandell*