## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Melissa McGurren

                               Plaintiff,

v.                                                    Case No.: 1:21−cv−06287

                                                           Honorable Ronald A. Guzman

Hubbard Radio Chicago, LLC

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 4, 2022:

       MINUTE entry before the Honorable Ronald A. Guzman: Defendant's response to Plaintiff's motion to amend her complaint [31] is due May 25, 2022, and any reply is due June 8, 2022. Ruling to be made electronically. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.